IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02175-MEH

CHRISTOPHER TUCK,

    Plaintiff,

v.

SHERIFF STEVEN D. NOWLIN, in his individual capacity,
LIEUTENANT JEFFREY COPELAND, in his individual capacity,
DETECTIVE JOHN HAYNES, in his individual capacity, and
MONTEZUMA COUNTY, a municipality,

    Defendants.

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THIRD CLAIM

    Plaintiff, Christopher Tuck, by and through his undersigned counsel of record, hereby moves this Honorable Court to dismiss from this action with prejudice Plaintiff's Third Claim for Relief:

    1. Plaintiff filed their Complaint and Jury Demand on August 24, 2022 stating six claims for relief.

    2. Plaintiff, by and through his undersigned counsel of record, hereby moves this Honorable Court to dismiss from this action with prejudice his Third Claim for Relief, Unlawful Entry and Search under the Fourth Amendment to the U.S. Constitution, with Plaintiff to bear their own fees and costs, pursuant to Colo.R.Civ.P. 41(a)(1)(A).

### Certification Pursuant to D.C. COLO. LCivR.7.1

    3. Counsel for Plaintiff has conferred with counsel for Defendants, who do not oppose the

relief sought herein.

### Certification Pursuant to D.C.COLO. LCivR. 6.1(c)

4. Counsel for Plaintiff certifies that this motion will be served contemporaneously on Defendants upon the filing of this motion.

WHEREFORE, the Plaintiff hereby moves to dismiss with prejudice Plaintiff's Third Claim for Relief, Unlawful Entry and Search under the Fourth Amendment to the U.S. Constitution, with Plaintiff to bear their own fees and costs pursuant to Colo.R.Civ.P. 41(a)(1)(A).

DATED this 19th day of December, 2022.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022 I filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Gordon L. Vaughan
Michaela S. Morrissey
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone:  719-578-5500
gvaughan@vaughandemuro.com
mmorrissey@vaughandemuro.com

*Counsel for Defendants*

                                            *s/ Helen Oh*