IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02175

**CHRISTOPHER TUCK,**

    Plaintiff,

v.

**SHERIFF STEVEN D. NOWLIN,** in his individual capacity;
**LIEUTENANT JEFFREY COPELAND,** in his individual capacity;
**DETECTIVE JOHN HAYNES,** in his individual capacity;
**THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA**, in its official capacity;

    Defendants.

### NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiff Christopher Tuck, by and through his attorneys Tyrone Glover and Helen Oh of TYRONE GLOVER LAW, LLC, respectfully submits this Notice of Supplemental Authorities, and states as follows:

#### Supplemental Authorities

1. *Cupp v. Cnty. of Sonoma*, Case no. 23-cv-01007-JST, 2023 U.S. Dist. LEXIS 171878 (N.D. Cal. Sep. 26, 2023). This opinion was decided on September 26, 2023, and is relevant to Plaintiff's federal *Monell* and unlawful search issue, as raised in Plaintiff's response to Defendant's Motion for Judgment on the Pleadings [ECF 42, pp. 20-23] and Plaintiff's Supplement [ECF 55, pp. 13-14].

2. Federal Aviation Administration, Office of the Chief Counsel, *State and Local*

1

*Regulation of Unmanned Aircraft Systems (UAS) Fact Sheet* (July 14, 2023), https://www.faa.gov/sites/faa.gov/files/State-Local-Regulation-of-Unmanned-Aircraft-Systems-Fact-Sheet.pdf. The Federal Aviation Administration updated its fact sheet on state and local regulation of drones on July 14, 2023. This is relevant to the issue of preemption, as raised in Plaintiff's response to Defendant's Motion for Judgment on the Pleadings [ECF 42, pp. 5-6] (citing to the previous version of this fact sheet).

### CERTIFICATION PURSUANT TO D.C.COLO.LCIVR 7.1(A)

Undersigned counsel has conferred with counsel for Defendants, who do not oppose the filing of this notice.

Respectfully submitted this October 20, 2023.

TYRONE GLOVER LAW, LLC

*s/ Helen Oh*
Helen Oh
Tyrone Glover
Tyrone Glover Law, LLC
2590 Walnut Street
Denver, CO 80205
303-577-1655
helen@tyroneglover.com

2

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gordon L. Vaughan
Michaela S. Morrissey
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone:  719-578-5500
gvaughan@vaughandemuro.com
mmorrissey@vaughandemuro.com

*Counsel for Defendants*

*s/ Helen Oh*

3