IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02175-MEH

CHRISTOPHER TUCK,

    Plaintiff,

v.

SHERIFF STEVEN D. NOWLIN, in his individual capacity;
LIEUTENANT JEFFREY COPELAND, in his individual capacity;
DETECTIVE JOHN HAYNES, in his individual capacity;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, in its official capacity,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants SHERIFF STEVEN D. NOWLIN, LIEUTENANT JEFFREY COPELAND, DETECTIVE JOHN HAYNES, and THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, in its official capacity hereby submit this Notice of Supplemental Authority as follows:

### SUPPLEMENTAL CITATION OF AUTHORITY

1.    Since the close of briefing on this matter, in the United States District Court for the Southern District of Indiana, the Honorable Jane Magnus-Stinson issued an opinion in *Dircks v. Barnes*, No. 1:21-cv-00451-JMS-MG, 2023 WL 4761662 (S.D. Ind. July 26, 2023), which is relevant to Defendants' qualified immunity second prong (clearly established law) argument. In *Dircks*, Judge Magnus-Stinson considered on motion for summary judgment law enforcement's

use of a drone in the context of a welfare check of two minor children kept in the plaintiff's home and who had refused to cooperate with law enforcement's welfare check. The court, after extensive analysis (including consideration of many of the cases addressed in the briefing of parties here), found that the defendants were entitled to qualified immunity under qualified immunity's second prong and stated, in part, that the plaintiffs "[had] not pointed to any binding precedent addressing drones at all." *Id.* at *9–13.

Respectfully submitted,

Date:  October 20, 2023

s/ Gordon L. Vaughan
Gordon L. Vaughan
Michaela S. Morrissey
   VAUGHAN & DeMURO
   111 South Tejon, Suite 545
   Colorado Springs, CO 80903
   (719) 578-5500 (phone)
   gvaughan@vaughandemuro.com (e-mail)
   mmorrissey@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Helen Oh, Esq.**
helen@tyroneglover.com

**Tyrone Glover, Esq.**
tyrone@tyroneglover.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[None]

s/ Gordon L. Vaughan
Gordon L. Vaughan